```
 1  DORON WEINBERG (SBN 46131)
    LAW OFFICES OF DORON WEINBERG
 2  523 Octavia Street
    San Francisco, CA 94102
 3  Telephone: (415) 431-3472
    Facsimile:  (415) 552-2703
 4  Email: doronweinberg@aol.com

 5  Attorney for Defendant
    IRINA MORGOVSKY
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-16-0411 VC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DECLARATION OF COUNSEL** |
| vs. | ) | **IN SUPPORT OF DEFENDANT** |
| | ) | **IRINA MORGOVSKY'S** |
| NAUM MORGOVSKY, IRINA | ) | **MOTION FOR SEVERANCE** |
| MORGOVSKY, et. al., | ) | **PURSUANT TO RULE 14,** |
| | ) | **Fed.R.Crim.P.** |
| Defendants. | ) | |
| | ) | DATE:  October 26, 2017 |
| | ) | TIME:  2:00 p.m. |
| _____ | ) | JUDGE: Hon. Vince Chhabria |
| | | COURT: 4, 17th Floor |

I, DORON WEINBERG, declare under penalty of perjury that the following is true and correct:

I am an attorney duly licensed to practice in the state of California and before this Court, and I am the attorney for defendant Irina Morgovsky in the above-captioned matter.

Based on my examination of the voluminous discovery, interviews with defendant Irina Morgovsky, discussions with co-defendant Naum Morgovsky and his counsel, and review of Naum Morgovsky's declaration in support of the instant motion, I believe and state that:

_____
Declaration of Counsel in Support of
Defendant Irina Morgovsky's Motion for
Severance Pursuant to Rule 14
(Case No. CR-16-0411 VC)                    1

1. The Indictment alleges that Irina Morgovsky conspired to violate the Arms export Control Act, 22 U.S.C. § 2778.  In order to prove Ms. Morgovsky guilty of this offense, the government would have to establish beyond a reasonable doubt that Irina had the specific intent to commit a violation of the Act.

2. I have carefully reviewed the evidence provided by the government in discovery and find nothing that suggests that Irina Morgovsky was aware of or understood the provisions of the Act, or intended to violate them. Accordingly, the government would have to proceed against Ms. Morgovsky on the basis entirely of circumstantial evidence.

3. In my opinion, the only witness who can authoritatively provide evidence in support of Irina Morgovsky's defense that she did not have the specific intent to violate the Act is her co-defendant Naum Morgovsky.  As stated in the Declaration of Naum Morgovsky in Support of Irina Morgovsky's Motion for Severance, Ms. Morgovsky was not involved in the technical work of Naum Morgovsky's optics/night vision related businesses, did not know of or understand the specifications of the equipment sold by Naum Morgovsky's businesses and whether they were or were not classified as defense materials under that Act, and performed only ministerial acts for the businesses under the specific direction of Naum Morgovsky.

4. I believe that the testimony of Naum Morgovsky, as outlined in his declaration, would be completely exculpatory of Irina Morgovsky, and establish her innocence of the offense charged in Count Nine.

5. I am informed and believe that Naum Morgovsky does not intend to testify at his own trial of the offense alleged in Count Nine. However, as stated in his declaration, he is unequivocally willing to testify on behalf of Irina Morgovsky at her separate trial.  I can also state unequivocally that I would call Naum Morgovsky as a witness to testify at Irina Morgovsky's

Declaration of Counsel in Support of
Defendant Irina Morgovsky's Motion for
Severance Pursuant to Rule 14
(Case No. CR-16-0411 VC)                    2

1  separate trial.

2        6.      In light of Naum Morgovsky's possession of critical, exculpatory information, and his unavailability to testify at a joint trial, I believe that Irina Morgovsky cannot receive a fair trial or full and effective representation unless her trial is severed from that of Naum Morgovsky.

      7.      For these reasons, I respectfully urge the Court to grant Irina Morgovsky's motion for severance pursuant to Rule 14 of the Federal Rules of Criminal Procedure.

Executed this 31st day of August, 2017, in the City and County of San Francisco, State and Northern District of California.

          /s/ Doron Weinberg
          DORON WEINBERG

---

Declaration of Counsel in Support of
Defendant Irina Morgovsky's Motion for
Severance Pursuant to Rule 14
(Case No. CR-16-0411 VC)          3