1  DORON WEINBERG (SBN 46131)
   LAW OFFICES OF DORON WEINBERG
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorney for Defendant
   IRINA MORGOVSKY

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,          )    CASE NO. CR-16-0411 VC
                                      )
10            Plaintiff,              )    **DECLARATION OF IRINA
                                      )    MORGOVSKY IN SUPPORT OF
11      vs.                           )    MOTION TO SUPPRESS EVIDENCE**
                                      )
12  IRINA MORGOVSKY, et. al.,         )    DATE:   October 26, 2017
                                      )    TIME:    2:00 P.M.
13            Defendants.             )    JUDGE:  Hon. Vince Chhabria
   _____)    COURT: 4, 17th Floor

14
         I, IRINA MORGOVSKY, declare:
15
         1. I am a defendant in the above-captioned action and respectfully submit this declaration
16
   in support of my motion to suppress evidence related to the charge of misusing a passport in
17
   Count 6 of the Superseding Indictment herein.
18
         2. Many years ago desperate circumstances caused my husband and me to leave our home
19
   for years and adopt other identities as a matter of survival. We were compelled to obtain United
20
   States passports under other identities because the removal of actual danger to our lives required
21
   international travel. In fact, as a result of our international travel, we eventually were able to
22
   eliminate the danger to our lives.
23

24

25

26                                    1

3. Some time in 2010, after the danger to our lives had passed, I no longer intended to use the passport in other name and therefore put the passport, along with other documents pertaining to my other identity, into a snap closure unauthentic PRADA women's wallet in green color with a triangular PRADA emblem on the front and gave it to my husband to put in our storage. It is my understanding that the wallet containing the passport was seized from our storage unit on August 25, 2016. The wallet was never returned to me, so I am no longer able to demonstrate what it looks like. In order to demonstrate to this Court the appearance of said wallet, I found on the Internet a similarly-looking PRADA women's wallet, but in a different color, and its image is attached hereto as Exhibit 1 and incorporated herein by reference.

4. The search was concluded at approximately 6 p.m., at which time I was given a list of seized items which was not sufficiently particularized and I still do not know completely what items were seized. No search warrants or papers of any kind were shown to me during the search.

5. During the entire search, my purse containing a women's wallet with my identification documents and credit cards similar to the one in storage containing the subject passport was on the table in front of me, but nether my purse nor my wallet were searched or seized.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on September 18, 2017, at Hillsborough, California.

/s/ *Irina Morgovsky*
IRINA MORGOVSKY

# EXHIBIT 1

