DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
IRINA MORGOVSKY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IRINA MORGOVSKY, et. al.<br><br>Defendants. | **CASE NO. CR-16-0411 VC**<br><br>**DECLARATION OF NAUM MORGOVSKY IN SUPPORT OF DEFENDANT IRINA MORGOVSKY'S MOTION TO SUPPRESS EVIDENCE**<br><br>DATE: October 26, 2017<br>TIME: 2 :00 p.m.<br>JUDGE: Hon. Vince Chhabria<br>COURT: 4, 17th Floor |

I, Naum Morgovsky, declare:

1. I am a defendant in the above-captioned action and respectfully submit this declaration in support of the motion of my wife, Irina Morgovsky, to suppress evidence related to the charge of misusing a passport in Count 6 of the Superseding Indictment herein.

2. Many years ago desperate circumstances caused my wife and me to leave our home for years and adopt other identities as a matter of survival. We were compelled to obtain United States passports under other identities because the removal of actual danger to our lives required international travel. In fact, as a result of our international travel, we eventually were able to eliminate the danger to our lives.

3. Some time in 2010, after the danger to our lives had passed, which occurred in or about late 2009, my wife put the passport which is the subject of Count 6 of the Superseding

1

1  Indictment herein, along with other documents pertaining to her other identity, into a snap
2  closure women's wallet which I put into a cardboard file box with a lid which also contained
3  some miscellaneous old papers. Since approximately 2010, I stored the file box containing said
4  women's wallet on a shelf in a SafKeep storage unit that I have been renting in Hayward,
5  California, since late August 2003 when we first learned of the danger to our lives.

6      4.     The file box containing said wallet with the passport subject of the Superseding
7  Indictment was seized during the search of the storage unit on August 25, 2016, among 91 boxes
8  of seized items consisting primarily of documents that, as I have been informed, were hauled
9  away in a large box truck. No objects other than computers were listed in the search warrant, but
10 some objects other than said wallet were also seized from the storage unit. A handwritten receipt
11 for the seized items left by the government at the storage unit, which apparently served as the
12 return for the search warrant, neither specifically listed said passport nor any other seized
13 documents and objects. A true copy of said receipt is attached hereto as Exhibit 2 and
14 incorporated herein by reference. On October 13, 2016, an FBI agent provided to me by email a
15 typed undated list of seized items it "maintained in evidence." A true copy of said list is attached
16 hereto as Exhibit 1 and incorporated herein by reference. Said document (Exh. 1) specifically
17 listed the seized credit card of my acquaintance Serguei Seleznev and "Costco Wholesale
18 Executive – Member card" by their numbers (item 54A) and two of my "Costco Wholesale
19 Executive Member cards" (item 83B) by their numbers, "Fradel birth certificates", and "Sofine
20 signatures and ID photocopies" of my friend Serguei Sofine. Nevertheless the subject passport
21 and other IDs pertaining to my wife's other identity were not listed among the seized documents
22 "maintained in evidence".

23     5.     On or about October 27, 2016, together with my attorney, I visited an FBI
24 evidence room to view the seized documents. I was able to find the wallet that was supposed to
25 contain the subject passport, but after opening it and going through it I was unable to find the

26     2

subject passport. Only after I inquired about it with the FBI agent present, she helped me to find it hidden in one of the compartments of the wallet.

6. On the morning of my arrest and the search that occurred on August 25, 2016, I was interviewed by FBI supervising special agent Kevin Phelan and Mr. Mitchell, an IRS agent. I was told that the storage unit was being searched at that time in our absence. I was shown search warrants for our residence and the storage unit, and was able to peruse them briefly. No warrant affidavits were attached to or accompanied the search warrants.

7. I discovered the search warrants for the residence and storage unit after I was released on bail, which was left by the agents at our residence in an obscure place. A true copy of the search warrant for the storage unit is attached to my declaration in support of my Omnibus motion filed concurrently with this motion and is incorporated herein by reference. My wife informed me that a list of items seized from our residence was left with her, but that she saw no copies of any warrants left at our residence and that none were shown to her.

8. Copies of the applications for search warrants including the affidavits for search warrants for our residence, the storage unit, my emails, and Mr. Migdal's residence and office were provided to me on or about October 19, 2016 for the first time. There were two separate applications for a search warrant, one for our residence and one for the storage unit. The application for a search warrant for the storage unit had no attachments. A true copy of the search warrant for the storage unit is attached to my declaration in support of my Omnibus motion filed concurrently with this motion and is incorporated herein by reference.

9. While in the affidavit in support of probable cause it was alleged that I committed identity theft, there was no mention whatsoever in the affidavit of my wife's use or suspected use of any identity or identification documents other than her own. The search warrant itself specified the identity theft statute, but did not specify whether this statute was cited with regard to me, or my wife, or both. Nevertheless, with not a hint of probable cause whatsoever in the affidavit, the

3

Attachment B to the warrant application and the search warrant contained the following language:

> "E. Items Relevant to Identity Theft Offenses:
>
> Identification documents, as defined by 18 U.S.C. § 1028(d)(3), bearing the photograph of Naum Morgovsky and/or Irina Morgovsky.
>
> Documents containing dates of birth, Social Security Numbers, bank account numbers, and other identifying information for individuals other than Naum Morgovsky and Irina Morgovsky.
>
> Any item concerning or related to Gary Piper, Edward Joseph, or Joseph Fradel."

11. No time frames for any of the items to be seized was provided in the warrants for the storage unit and our residence and in the attachments to the application for a search warrant for our residence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on September 18, 2017, at Hillsborough, California.

                           /s/ Naum Morgovsky
                           NAUM MORGOVSKY

4

# Exhibit 1

FD-597 (Rev 8-11-94)

Page ___ of ___ 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 405T-SF-149402

On (date) 8/25/2016

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____
(Street Address) 1650 N. Winton Ave Unit D1 (4001)
(City) Hayward, CA

Description of Item(s): 1- Payment Receipts/Safe Keep, 2- Property Docs and Legal Filings, 3- Business Docs, 4- Metronic Buyers Directory, 5- Closets Unlimited Invoices, 6- Packing List 6/11/10, 7- FedEx Shipping Box, 8- Shipping Box, 9- Night Vision Sight, 10- Night Vision Sight, 11- Night Vision Sight, 12- Night Vision Sight, 13- Night Vision Sight, 14- Technical Manual, 15- Empty Box with Serial, 16- Empty Box with NSN, 17- USA Export Controlled, 18- Misc Night Vision Parts, 19- Notebook w/ Tech Desc, 20- Sentry Safe, 21- Biz Invoices, 22- Closet Unlimited, 23- Docs in Russian, 24- Night Vision Mundios, 25- Night Vision Goggles, 26- Hitek Biz, 27- Irina Morhovsky IRS, 28- Hitek Biz Invoices, 29- Bank Statement (BofA), 30- VisionTech Invoices, 31- Hitek Invoices, 32- Safe Keep Storage, 33- Gary Piper Bus, 34- MPS HK, 35- BofA Checks, 36- Checks Closet Unlimited, 37- Checks, 38- Closets Unlimited Checks, 39- Tech Manuals, 40- Brochures (Hitek), 41- Accounting Records, 42- Accounting Records, 43- Accounting Records, 44- Bank Receipt, 45- Payroll Closets Unlimited, 46- Bank Receipts, 47- Payroll Closets Unlimited, 48- Bank Receipts, 49- Financial Records, 50- Financial and other Records, 51- Assorted Receipts, 52- Various Identity Records, 53- Shipping Notices, 54- ID Paperwork, 55- ID Docs, 56- Invoices, 57- Hitech Invoices, 58- Bank Records, 59- InfaTech Shipping Notice, 60- Closets Unlimited Fin & Tax Docs, 61- Payroll for America, California Death Records, 63- Wage Records, 64- Various Legal, 65- Wage Docs, 66- Legal Paperwork, 67- Various Legal, 68- Various Legal, 69- Operation Manual

Received By: _____ (Signature)
Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 405T-SF-149402

On (date) 8/25/2016

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 1650 W. Winton Ave Unit D1 (4001)

(City) Hayward, CA

Description of Item(s): 70- Hitech Internal, 71- Hitech Sales Material, 72- Hitech Shipping, 73- 22 Jaz Disks, 74- Hitech Posters, 75- Hitech Video Tapes, 76- Customer Business Cards, 77- Property Documents, 78- Technical Manuals, 79- Floppy Disks, 80- Customs Forms, 81- Safe Keep Storage, 82- Bank Records, 83- ID Docs and Cards, 84- Hitech Financial, 85- Infratech Invoices, 86- Hitek Invoices, 87- Hitek Internal Corro, 88- Hitek Shipping Labels, 89- 1650 W. Winton CA Box, 90- Export Control Docs, 91- Business Checks

Nothing Further

Received By: _____ (Signature)    Received From: _____ (Signature)

# Exhibit 2

Items seized from the storage unit (4001) located at 1650 W. Winton Ave, Hayward and maintained in FBI Evidence:

| Item # | Description |
| --- | --- |
| 1B108 | (U) Item # 1 - Payment receipts - Saf Keep |
| 1B138 | (U) Item # 32 - Saf Keep Storage payment receipts (Joseph Edward) |
| 1B140 | (U) Item # 34A - Case and grips; strap and manual |
| 1B141 | (U) Item # 34B - Gun, MPS HK, Model SP89, serial # 21-20633, 9mm |
| 1B142 | (U) Item # 35A - Blank box of B of A checks: Account unknown; blank B of A checks - Global Vision, Inc., 1423 Avondale Rd., Hillsborough, CA 94010; Russian language paperwork |
| 1B159 | (U) Item # 51 - Assorted receipts |
| 1B160 | (U) Item # 52 - Various identity records |
| 1B163 | (U) Item # 54A - Credit cards: Gserguei Seleznev - ending in 7112; Costco Wholesale Executive - Member Card # 111805181078 |
| 1B164 | (U) Item # 54B - Blank checkbooks: Irina Morgovskaya - First National Bank of California; City Best Construction Managemement - Wells Fargo Bank; Gary Piper - 63 Bovet Rd., #337; Chase bank - account unknown; pink checkbook - account unknown; blue checkbook - account unknown |
| 1B166 | (U) Item # 55 - ID paperwork |
| 1B167 | (U) Item # 56A - Blank Wells Fargo Checks with box - |
| 1B169 | (U) Item # 57 - HiTek invoices |
| 1B171 | (U) Item # 59 - Infratech shipping labels and Hitech invoices |
| 1B192 | (U) Item # 80 - Customs forms and shipping labels |
| 1B193 | (U) Item # 81 - Safe Keep Storage documents |
| 1B195 | (U) Item # 83A - ID documents and cards |
| 1B196 | (U) Item # 83B - Credit cards: Costco Wholesale Executive membercard; Naum Morgovsky - ending in 5229; Naum Morgovsky - ending in 0534 |
| 1B202 | (U) Item # 90 - Export control documents |
| 1B206 | (U) Retro-N M-121 (Split from 1B130) |
| 1B207 | (U) Infratech and Margovsky Sofine documents (Split from 1B128) |
| 1B208 | (U) 1) Sofine signatures and ID photocopies; 2) Fradel birth certificates (Split from 1B133) |
| 1B211 | (U) FedEx receipts for overseas optics order (Split from 1B204) |
| 1B212 | (U) California Death Records (19 Folders) Split from 1B174 |
| 1B213 | (U) Customer business cards Russian paperwork (Split from 1B188) |
| 1B214 | (U) HiTek invoices and correspondence; End user statements; Some Midgal documents (Split from 1B137) |
| 1B215 | (U) Various legal and ID records (Split from 1B176) |
| 1B216 | (U) Sofine/Morgovsky property docs; Russian documents (Split from 1B109) |
| 1B217 | (U) Gary Piper docs; Morgovsky litigation (Split from 1B139) |
| 1B218 | (U) USG Export controlled/ITT; Sampling of the manuals (Split from 1B123) |

| | |
|---|---|
| 1B219 | (U) Shipping Labels, Overseas correspondence and invoices, Bank statements under various names. (Split from 1B170) |
| 1B220 | (U) Correspondence with foreign buyers; Lake Bluff, IL. lease information; Russian language invoice (Split from 1B158) |
| 1B221 | (U) Folder containing HiTek brochures (Split from 1B148) |
| 1B222 | (U) Tech manuals for Night Vision (Split from 1B147) |
| 1B223 | (U) Property documents re: Serguei Sofine, Infra Tech manuels, IRS certified mail receipts. (Split from 1B189) |
| 1B224 | (U) Invoices and bank receipts (Split from 1B168) |
| 1B225 | (U) Profit loss statement closets unlimited (Split from 1B151) |
| 1B226 | (U) Vision Tech Invoice / Bank Documents, etc. (Split from 1B136) |
| 1B227 | (U) HiTek shipping labels and receipts (Split from 1B200) |
| 1B228 | (U) HiTek business documents, Russian documents, ITT sheets (Split from 1B132) |
| 1B229 | (U) Miscellaneous Legal paperwork and envelope addressed to "John Hartford, ESQ., 1423 Avondale Road, Hillsborough, CA" (Split from 1B178) |
| 1B230 | (U) Tube Receipts, Fradel Paperwork, Interesting e-mail (Split from 1B201) |
| 1B231 | (U) HiTech shipping labels (Split from 1B184) |
| 1B232 | (U) ID Closets (Split from 1B172) |
| 1B233 | (U) ID paperwork and receipts (Split from 1B165) |
| 1B234 | (U) Death records and Avondale listing 2005 (Split from 1B157) |
| 1B235 | (U) Systemline invoices to overseas buyers. HiTek invoices to Russia (Split from 1B203) |