UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>NAUM MORGOVSKY,<br><br>        Defendant. | Case No. 16-cr-00411-VC<br><br>**ORDER RE: MOTIONS TO SEVER UNDER RULE 8 AND RULE 14**<br><br>Re: Dkt. Nos. 103, 104 |

1. The motion to sever Count 6 from Count 9 is granted for the reasons discussed at the November 8, 2017 hearing. *See United States v. Jawara*, 474 F.3d 565, 578-79 (9th Cir. 2007).

2. The court's tentative opinion is that it should deny without prejudice Irina Morgovsky's motion to sever her trial on Count 9 from the trial of Naum Morgovksy on the export counts, and allow Irina Morgovsky to renew her motion at the close of evidence. *See, e.g.*, *United States v. Terry*, 911 F.2d 272, 277 (9th Cir. 1990); *United States v. Free*, 841 F.2d 321, 324 (9th Cir. 1988) ("A timely-renewed motion enables the trial court to assess whether a joinder is prejudicial at a time when the evidence is fully developed."); *Williamson v. United States*, 310 F.2d 192, 197 (9th Cir. 1962). But as discussed at the hearing, the parties may address whether this plan is appropriate under the Fifth Amendment's Double Jeopardy Clause in the letter briefs due on November 15. *See United States v. Mallah*, 503 F.2d 971, 989 (2d Cir. 1974).

     **IT IS SO ORDERED.**

Dated: November 10, 2017

_____
VINCE CHHABRIA
United States District Judge