ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

COLIN SAMPSON (CABN 249784)
ERIN CORNELL (CABN 227135)
Assistant United States Attorneys
    450 Golden Gate Ave., 11th Floor
    San Francisco, CA 94102
    Telephone:  (415) 436-7020
    Facsimile:   (415) 436-7234
    Email:  Colin.Sampson@usdoj.gov

JASON B.A. McCULLOUGH (NYBN 4544953)
Trial Attorney, National Security Division
    950 Pennsylvania Ave, NW, Ste. 7700
    Washington, D.C. 20530
    Telephone: (202) 233-0986
    Email:  Jason.Mccullough@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-00411 VC |
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | |
| NAUM MORGOVSKY and IRINA MORGOVSKY, | |
| Defendants. | |

The United States of America ("United States") hereby submits its list of prospective witnesses that may be called (other than those called solely for impeachment or rebuttal) to testify at trial of Counts 9 through 11, to commence on June 13, 2018. The United States reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to call additional witnesses as may be necessary during trial. For the convenience of the Court and parties,

some witnesses listed below include the agency or company of employment in parentheses.

1. Robert Amenta (Federal Reserve Bank of NY).
2. Thomas Andrukonis or Orestes Theocharides (Department of Commerce).
3. Kobi Bukai.
4. Todd Carr (Department of Defense).
5. Steven Cobb (CBP).
6. Billy J. Cox (CBP).
7. Roy Echtermeijer.
8. Leila Freeman.
9. Leonid Gaber.
10. Yefim Gluzman.
11. Rocky Green.
12. William Grube.
13. Catherine Hamilton (Department of State).
14. Scott Henry.
15. Joe Hora.
16. Joseph Jones (FBI).
17. Thomas Kapp (FBI).
18. Mike Kendrick.
19. KC Khorami.
20. Timothy Knox (FBI).
21. Georgiy Kulya.
22. Dulce Marroquin (Bank of America).
23. Vsevolod Mazo.
24. Kili Mesner.
25. Vladimir Mikhaylov (FBI).
26. Ian Mitchell, (IRS-CI).
27. James Munn.

28. Windy Newbro.

29. David Newbro.

30. Marlen Neymark.

31. Tim Olson.

32. Earl Osborn.

33. Irene Richardson (FBI).

34. Michael Sarasua.

35. Donald Schottland.

36. Andrew Schook (FBI).

37. Alec Shkoda.

38. Josephus van Seeters

39. Marc Vayn.

40. Dawn Wilkes (USPIS).

41. Dustin Wen (FBI).

42. Representative of Google, Inc.

43. Representative of Yahoo!, Inc.

44. Representatives of United Parcel Service, Inc.

45. Representatives of the UPS Store.

<u>Witnesses Called Solely As Search Warrant Finders, Custodians, and Photographers</u>:

46. David Goto (Alameda County Sheriff's Office).

47. Cynthia Ho (FBI).

48. Mond Mugiya (FBI).

49. Boris Pozharny (FBI).

50. Penni Price (FBI).

51. Stephen Proctor (FBI).

52. Nina Sahakian (FBI).

53. Aaron Wong (FBI).

///

Custodians of Records (Unless Resolved by Stipulation):

54. California Employment Development Department.
55. Custodian of Records, Aurora Tactical.
56. Custodian of Records, CapitalOne Bank.
57. Custodian of Records, DHL Express.
58. Custodian of Records, Federal Express.
59. Custodian of Records, JP Morgan Chase Bank.
60. Custodian of Records, UPS Store.
61. Custodian of Records, U.S. Bank.
62. Custodian of Records, Union Bank.
63. Custodian of Records, Wells Fargo Bank.

Dated: May 15, 2018.

ALEX G. TSE
Acting United States Attorney

*/s/ Colin Sampson*
COLIN SAMPSON
ERIN CORNELL
Assistant United States Attorneys
JASON B.A. McCULLOUGH
Trial Attorney, National Security Division