ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

COLIN SAMPSON (CABN 249784)
ERIN CORNELL (CABN 227135)
Assistant United States Attorneys
    450 Golden Gate Ave., 11th Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7020
    Facsimile: (415) 436-7234
    Email: Colin.Sampson@usdoj.gov

JASON B.A. McCULLOUGH (NYBN 4544953)
Trial Attorney, National Security Division
    950 Pennsylvania Ave, NW, Ste. 7700
    Washington, D.C. 20530
    Telephone: (202) 233-0986
    Email: Jason.Mccullough@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NAUM MORGOVSKY and IRINA MORGOVSKY,<br><br>    Defendants. | CR 16-00411 VC<br><br>UNITED STATES' AMENDED WITNESS LIST |

The United States of America ("United States") hereby submits its list of prospective witnesses that may be called (other than those called solely for impeachment or rebuttal) to testify at trial of Counts 9 through 11, to commence on June 13, 2018. The United States reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to call additional witnesses as may be necessary during trial. For the convenience of the Court and parties,

some witnesses listed below include the agency or company of employment in parentheses.

1. Jonathan Abel (FBI).
2. Robert Amenta (Federal Reserve Bank of NY).
3. Daniel Beutler (CBP).
4. Kobi Bukai.
5. Todd Carr (Department of Defense).
6. Billy Cox (CBP).
7. Mirielle Delberq (Yahoo!, Inc.).
8. Roy Echtermeijer.
9. Leila Freeman.
10. Leonid Gaber.
11. Yefim Gluzman.
12. David Goto (Alameda County Sheriff's Office).
13. Rocky Green.
14. William Grube.
15. Catherine Hamilton (Department of State).
16. Scott Henry.
17. Cynthia Ho (FBI).
18. Joe Hora.
19. Joseph Jones (FBI).
20. Thomas Kapp (FBI).
21. Mike Kendrick.
22. KC Khorami.
23. Timothy Knox (FBI).
24. Georgiy Kulya.
25. Dulce Marroquin (Bank of America).
26. Vsevolod Mazo.
27. Kili Mesner.

28. Vladimir Mikhaylov (FBI).
29. Ian Mitchell, (IRS-CI).
30. Mond Mugiya (FBI).
31. James Munn.
32. Windy Newbro.
33. David Newbro.
34. Marlen Neymark.
35. Danny O'Donnell (Google, Inc.).
36. Tim Olson.
37. Earl Osborn.
38. Shital Patel or Bharat Parel (UPS Store, 751 Laurel Street, San Carlos).
39. Boris Pozharny (FBI).
40. Penni Price (FBI).
41. Stephen Proctor (FBI).
42. Irene Richardson (FBI).
43. Alex Roman (UPS Store, 63 Bovet Road, San Mateo).
44. Nina Sahakian (FBI).
45. Michael Sarasua.
46. Donald Schottland.
47. Andrew Schook (FBI).
48. Alec Shkoda.
49. Josephus van Seeters.
50. Orestes Theocharides (Department of Commerce).
51. Marc Vayn.
52. Dawn Wilkes (USPIS).
53. Dustin Wen (FBI).
54. Aaron Wong (FBI).
55. Representative of United Parcel Service, Inc.

56. Representative of California Employment Development Department.

Dated: May 23, 2018.

ALEX G. TSE
Acting United States Attorney

*/s/ Colin Sampson*
COLIN SAMPSON
ERIN CORNELL
Assistant United States Attorneys
JASON B.A. McCULLOUGH
Trial Attorney, National Security Division