ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

COLIN SAMPSON (CABN 249784)
ERIN CORNELL (CABN 227135)
Assistant United States Attorneys
   450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7020
   Facsimile: (415) 436-7009
   Email: colin.sampson@usdoj.gov

JASON B.A. McCULLOUGH (NYBN 4544953)
Trial Attorneys, National Security Division
   600 E Street, NW
   BICN Building, Suite 10606
   Washington, D.C. 20530
   Telephone: (202) 233-0986
   Email: jason.mccullough@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NAUM MORGOVSKY; and<br>IRINA MORGOVSKY,<br><br>    Defendants. | Case No. 3:16-cr-00411-VC<br><br>UNITED STATES' OPPOSITION TO DEFENDANT IRINA MORGOVSKY'S MOTION TO EXCLUDE EVIDENCE OF HER COMMITTING IDENTITY THEFT<br><br>Pretrial Conference: May 30, 2018<br>Time:    1:30 p.m.<br>Place:   Courtroom #4, 17th Fl. |

      The United States (the "Government") respectfully submits this opposition to Defendant Irina Morgovsky's "Motion to Preclude the Government from Introducing Evidence of the Acquisition and

Use of the Passport" of an individual, arguing that the Court should not allow the introduction of evidence that she used a passport she obtained in the name of a deceased person which she used to travel to Moscow, Russia and, among other things, rent a storage unit at the same location where the execution of a search warrant identified voluminous records of Naum and Irina Morgovsky's night vision business stored in a different storage locker also rented in fake name.  (ECF No. 251).

Defendant's motion is untimely.  The only appreciable update from Defendant's prior Motion in Limine on the same issue, filed on April 16, 2018 (ECF No. 203), is Defendant's listing of six specific exhibits that Defendant seeks to exclude.  Defendant offers no explanation for her failure to comply with the Court's Local Rules regarding timing of motions.  This is noteworthy given that all six exhibits were listed in the <u>first three pages</u> of the Government's draft exhibit list provided to Defendants, including defense counsel Richard Mazer, on April 10, 2018, with descriptions that <u>specifically identified</u> the exhibits as being associated with "Victoria Ferrara."  (*See* Attachment A)  Notwithstanding this disclosure, and the government's informing attorney Mazer of the due date of the reply and offering to consider an extension, defendant elected not to seek an extension from the Court nor to timely file the motion (ECF No. 251) on the original April 16, 2018, deadline or the revised May 16, 2018, deadline. (*See* Attachment B)

Notwithstanding the untimely filing of the Motion, the Government finds reassuring that Defendants' diligent review of the Government's production and past disclosures has contributed to a robust and well-developed defense, as evidenced by Defendants' recent filings and citations to specific evidence found therein.  (See, e.g., ECF No. 251, ECF No. 253 (attaching over 80 pages of relevant discovery)).  Like the prior Motion in Limine, this Motion provides no authority for the relief sought therein.

The United States incorporates by reference its opposition to Defendant's timely-filed Motion in Limine to exclude the same evidence, which can be found at ECF No. 243.

///

1  Respectfully submitted this 24th day of May, 2018.

                              ALEX G. TSE
                              Acting United States Attorney

                              */s/ Colin Sampson*
                              COLIN SAMPSON
                              ERIN CORNELL
                              Assistant United States Attorneys
                              JASON B.A. McCULLOUGH
                              Trial Attorney, National Security Division

                              Attorneys for United States of America