Juror Number _____

# JUROR QUESTIONNAIRE

**To Prospective Juror:**

You are being considered for the jury in a criminal case entitled *United States of America v. Naum Morgovsky and Irina Morgovsky*.

Naum Morgovsky and Irina Morgovsky, the defendants, are charged with crimes related to the exportation of night-vision equipment in violation of the Arms Export Control Act.  The defendants deny the charges.

Please complete the following questionnaire to assist the attorneys and me in selecting a jury to serve in this case.  By using this questionnaire, we will not need to ask all these questions in court.

Please answer the questions honestly, completely, and with great care.  There are no right or wrong answers.  The responses will be reviewed by the attorneys and me only for the purposes of selecting a jury.

While some of the questions may seem very personal, I have reviewed them carefully and determined that they are relevant to the issues in this case.  The questions are not meant to invade your privacy but to help select a fair jury.  If there is sensitive personal information that you prefer not to discuss in front of other jurors, please write "PRIVATE" next to your answer to that question.  If the attorneys need to follow up with you tomorrow about a private response, the attorneys and I will speak with you about that response outside of the presence of the other jurors.

Please write clearly, and do not leave questions blank.  If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the response blank.  If you do not understand the question, please write that in the space for the answer.

If you need more space for your response or want to make further comments about any question, please use the extra sheets at the end of the questionnaire.  Do not write on the back of any page.

You are ordered not to discuss this case or questionnaire with anyone, including your family and fellow jurors.  Do not do any research, such as searching for information on the internet, related to the case or any of the people involved.

You are expected to sign the questionnaire, and your answers will be treated the same as if they were made in court under oath.

Thank you for your cooperation.

_____
VINCE CHHABRIA
United States District Judge

Juror Number _____

1. Name: _____

2. Jury Selection will be completed tomorrow, June 12.  Opening statements and the presentation of evidence will begin on Wednesday, June 13 and will last approximately three weeks, at which point the jury will begin deliberating.  Trial begins each day at 8:30 a.m. and finishes between 2:00 and 2:30 p.m. You will be required to attend each trial day.  There will be no trial on Thursday, June 21, and Thursday, June 28.  The trial is very likely to conclude before the first week of July, but if the jury is still deliberating, no deliberations will take place on July 4.

   Do you have any serious scheduling or logistical issues that prevent you from serving as a juror in this case (such as prepaid travel plans, medical issues, financial concerns, or family responsibilities)?  Keep in mind, if you are unable to serve in this trial, you could be placed on a much longer trial later this year.
   Yes _____ No _____
   If Yes, please explain:

   _____
   _____
   _____
   _____

3. Do you have any trouble understanding or communicating in English?
   Yes _____ No _____
   If Yes, please explain:

   _____
   _____
   _____
   _____

4. Age: _____

5. Residence:

   a. City/Town: _____

   b. How long have you lived there? _____

   c. Do you own or rent your home?  Rent: _____  Own: _____  Other: _____

6. Where were you born? _____

7. What is your marital status: (please circle)

   Single     Married     Separated     Divorced     Widowed     Live with a Partner

8. What is your current employment status:
   _____ Working full-time            _____ Unemployed
   _____ Working part-time            _____ Homemaker
   _____ Retired                      _____ Full-time student
   _____ Disabled                     _____ Other:

Juror Number _____

9. Occupation:

    a.  What is your occupation?  (Or what was it, if you are not currently employed?)

          _____
          _____

    b.  Who is your employer?  (Or, if you're not currently employed, who was your employer?)

          _____
          _____

    c.  How long have you worked there?  (Or, how long did you work there?)

          _____
          _____

    d.  Briefly describe your job responsibilities:

          _____
          _____

    e.  If you have worked at your current job for less than 2 years, what was your previous job?

          _____
          _____

10. Describe your educational background:

_____
_____
_____
_____

11. If other adults live in your home, please state (without providing their names):

| Relationship | Age | Highest Level of Education | Occupation |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

12. Do you have any children?  Yes _____ No _____

If Yes, are any currently employed?  Yes _____ No _____

If Yes, what are their occupations?

_____
_____
_____
_____
_____
_____
_____

Juror Number _____

13. Have you, your current spouse/partner, or your child ever served in the military?

Yes _____ No _____

| If Yes, please list for: | <u>You</u> | <u>Spouse, Partner or Child</u> |
|---|---|---|
| Branch of service: | _____ | _____ |
| Combat: | Yes ____ No ____ | Yes ____ No ____ |
| Military Police or Military Court: | Yes ____ No ____ | Yes ____ No ____ |

14. Prior Jury Service:

a.  Have you served as a trial juror in the past?  Yes ____ No ____   If Yes, please state:

|   | Civil or Criminal | Nature of case (robbery, personal injury, etc.) | When/Where? | Did the jury reach a verdict? (yes or no – don't say what the verdict was) |
|---|---|---|---|---|
| 1 |   |   |   |   |
| 2 |   |   |   |   |
| 3 |   |   |   |   |
| 4 |   |   |   |   |

b.  Have you ever served as a jury foreperson?  Yes ____ No ____

c.  Have you ever served as a grand juror?  Yes ____ No ____

d.  Is there any reason that your prior jury service would affect your ability to serve as a juror in this case?  Yes ____ No ____   If, Yes, please explain:

_____

_____

_____

_____

4

Juror Number _____

15. Have you or any close friends or family members ever worked for:
   - a court? (such as a judge)
   - a prosecutor's office? (such as a District Attorney's office or a United States Attorney's office)
   - a criminal defense office? (either a private attorney's office or a public defender)
   - a law enforcement agency? (such as the police, sheriff office, jail, prison, Immigration, IRS, parole, or probation)

   Yes _____ No _____

   If, Yes, please list:

   | <u>Name</u> | <u>Relationship</u> | <u>Position</u> | <u>Employer</u> |
   |---|---|---|---|
   | | | | |
   | | | | |
   | | | | |
   | | | | |
   | | | | |
   | | | | |
   | | | | |
   | | | | |
   | | | | |

16. Have you or anyone close to you ever been the victim of any kind of crime – such as domestic violence, burglary, robbery, assault, or identity theft – whether or not it was reported to law enforcement authorities?

   Yes _____ No _____    If, Yes, please explain:

   _____
   _____
   _____
   _____
   _____
   _____

17. Have you ever appeared in any court proceeding in a case as a plaintiff, defendant, victim, or witness?

   Yes _____ No _____    If Yes, please state when and explain why you appeared in court:

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

Juror Number _____

18. Have you, any member of your family, or any close friends ever been arrested?

Yes _____ No _____      If Yes, please explain:

_____

_____

_____

_____

_____

_____

19. Have you, or a close friend or family member, ever had an especially positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government?

Yes _____ No _____      If Yes, please explain:

_____

_____

_____

_____

_____

_____

20. The defendants are accused of conspiring to export thermal and night-vision devices and component parts to Russia without first obtaining a required export license, in violation of the Arms Export Control Act. One of the defendants is also accused of money laundering in connection with the unlawful exportation of controlled night-vision devices and components.  Is there anything about the nature of these accusations could affect your ability to serve as a juror in this case?

Yes _____ No _____      If Yes, please explain:

_____

_____

_____

_____

_____

_____

21. Do you have any especially strong opinions or beliefs about race, color, immigration status, national origin, ethnicity, sex, or sexual orientation that could affect your ability to serve as a juror?

Yes _____ No _____      If Yes, please explain:

_____

_____

_____

_____

_____

_____

Juror Number _____

22. Is there anything else about your experiences, opinions, or beliefs, whether religious, moral, ethical, or philosophical that could affect your ability to serve as a juror?

Yes _____ No _____        If Yes, please explain:

_____

_____

_____

_____

_____

_____

23. In a criminal case, the government has accused a person of committing a crime, but that doesn't mean the person is guilty of the crime. The law requires you to presume that the defendant is innocent, and you may not convict the defendant unless the government has proved that the defendant is guilty of the crime beyond a reasonable doubt. The judge will provide you with instructions about the "reasonable doubt" standard later, but if the government doesn't meet its burden under that standard, the jury may not convict the defendant, even if the defendant presents no evidence or witnesses. Are you able to presume the defendant is innocent and hold the government to its burden of proving its case beyond a reasonable doubt?

Yes _____ No _____        If No, please explain:

_____

_____

_____

_____

_____

_____

24. A defendant in a criminal trial has a constitutional right not to testify, and you can't presume the defendant is guilty or reach any other conclusions based on the fact that the defendant did not testify. Would you be able to accept and apply this rule?

Yes _____ No _____        If No, please explain:

_____

_____

_____

_____

_____

_____

Juror Number _____

25. It is the judge's job, not the jury's, to determine punishment.  The law does not permit you to consider the issue of punishment because there are factors – factors having nothing to do with this trial – that will determine the appropriate sentence in the event you find the defendant guilty.  Will you be able to decide this case without regard to potential punishment?

Yes _____ No _____       If No, please explain:

_____
_____
_____
_____
_____
_____

26. Is there anything not covered by this questionnaire that should be brought to the attention of the judge and lawyers because it could affect your ability to serve as a juror?

Yes _____ No _____       If Yes, please explain:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

27. A list of names is attached to this questionnaire.  Please circle the name of any of the people that you personally know.  And please complete the Juror's Oath below.

### JUROR'S OATH

I declare under penalty of perjury that the answers in this Juror Questionnaire are true and correct to the best of my knowledge and belief.

Signature: _____

Print Name: _____

Date: _____

Juror Number _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you.)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number _____

## Persons Involved in this Case

| | | |
|---|---|---|
| Vince Chhabria | Orestes Theocharides | Vladimir Mikhaylov |
| Kristen Melen | Kobi Bukai | Ian Mitchell |
| George Warner | Todd Carr | James Munn |
| Urja Mittal | Steven Cobb | Windy Newbro |
| Amanda Lynch | Billy J. Cox | David Newbro |
| Naum Morgovsky | Roy Echtermeijer | Marlen Neymark |
| Irina Morgovsky | Leila Freeman | Tim Olson |
| Mark Migdal | Leonid Gaber | Earl Osborn |
| William L. Osterhoudt | Yefim Gluzman | Irene Richardson |
| Charles John Smith , III | Rocky Green | Michael Sarasua |
| Christopher J. Cannon | William Grube | Donald Schottland |
| Stuart Douglas Hanlon | Catherine Hamilton | Andrew Schook |
| Richard B. Mazer | Scott Henry | Alec Shkoda |
| Doron Weinberg | Joe Hora | Josephus van Seeters |
| Jason McCullough | Joseph Jones | Marc Vayn |
| John Henry Hemann | Thomas Kapp | Dawn Wilkes |
| Colin Christopher Sampson | Mike Kendrick | Dustin Wen |
| Nathan M.F. Charles | KC Khorami | David Goto |
| Erin A. Cornell | Timothy Knox | Cynthia Ho |
| Ila Casy Deiss | Georgiy Kulya | Mond Mugiya |
| Gregg William Lowder | Dulce Marroquin | Boris Pozharny |
| Robert Amenta | Vsevolod Mazo | Penni Price |
| Thomas Andrukonis | Kili Mesner | Stephen Proctor |

Juror Number _____

     Nina Sahakian

     Aaron Wong