UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>NAUM MORGOVSKY, et al.,<br>　　　　　Defendant. | Case No. 16-cr-00411-VC-1<br><br>**ORDER FOR JURY REFRESHMENTS** |

　　IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 16 members of the jury in the above-entitled matter beginning **June 13, 2018 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 4, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

　　IT IS SO ORDERED.

Dated: June 4, 2018

_____
VINCE CHHABRIA
United States District Judge