1  ALEX G. TSE (CABN 152348)
2  Acting United States Attorney

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4
   JOHN HEMANN (CABN 165823)
5  ERIN A. CORNELL (CABN 227135)
   COLIN SAMPSON (CABN 249784)
6  Assistant United States Attorneys
   450 Golden Gate Ave., 11th Floor
7  San Francisco, CA 94102
   Telephone:    (415) 436-7020
8  Facsimile:    (415) 436-7234
9  Email: Colin.Sampson@usdoj.gov

10 JASON B.A. McCULLOUGH (NYBN 4544953)
   Trial Attorney, National Security Division
11 600 E Street, NW
   BICN Building, Suite 10606
12 Washington D.C. 20530
   Telephone:    (202) 233-0986
13 Email: Jason.Mccullough@usdoj.gov

14
   Attorneys for United States of America
15
   RICHARD B. MAZER (CABN 049632)
16 Law Offices of Richard B. Mazer
   99 Divisadero Street
17 San Francisco, CA 94117
   Telephone:    (415) 621-4100
18 Facsimile:    (415) 621-4111
19 Email: richardbmazer@gmail.com

20 Attorney for Defendant Irina Morgovsky

21 WILLIAM L. OSTERHOUDT (CABN 043021)
   FRANK S. MOORE (CABN 158029)
22 Law Offices of William Osterhoudt
   135 Belvedere Street
23 San Francisco, California 94117
24 Telephone (415) 664-4600
   Facsimile (415) 664-4691
25 Email: Osterhoudt@aol.com

26 Attorneys for Defendant Naum Morgovsky

27

28

---

1

*Involved Individual List,* Case No. CR-16-0411 VC

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-0411-VC |
| Plaintiff, | **INVOLVED INDIVIDUAL LIST** |
| vs. | |
| NAUM MORGOVSKY, et. al., | |
| Defendants. | |

1. Naum Morgovsky
2. Irina Morgovsky
3. William Osterhoudt
4. Frank S. Moore
5. Richard B. Mazer
6. John H. Hemann
7. Colin Sampson
8. Erin Cornell
9. Jason McCullough
10. Natalie Rezai-Zadeh
11. Hon. Vince Chhabria
12. Jonathan Abel.
13. Robert Amenta.
14. Daniel Beutler.

15. Kobi Bukai.

16. Todd Carr.

17. Billy Cox.

18. Mirielle Delberq.

19. Jeffrey Dubsick.

20. Roy Echtermeijer.

21. Leila Freeman.

22. Leonid Gaber.

23. Yefim Gluzman.

24. Rocky Green.

25. William Grube.

26. Catherine Hamilton.

27. Scott Henry.

28. Cynthia Ho.

29. Joe Hora.

30. Sherry Hoyt.

31. Joseph Jones.

32. Thomas Kapp.

33. Mike Kendrick.

34. Khosrow Khorami.

35. Timothy Knox.

36. Georgiy Kulya.

37. Julie Liang.

38. Dulce Marroquin.

39. Vsevolod Mazo.

40. Kili Mesner.

41. Vladimir Mikhaylov.

42. Ian Mitchell.

43. Mond Mugiya.

44. James Munn.

45. David Newbro.

46. Marlen Neymark.

47. Tim Olson.

48. Earl Osborn.

49. Bharat Patel.

50. Shital Patel.

51. Vadim Pavlov.

52. Boris Pozharny.

53. Penni Price.

54. Alexander Putilovsky.

55. Irene Richardson.

56. Sarah Rodriguez.

57. Alex Roman.

58. Michael Sarasua.

59. Donald Schottland.

60. Andrew Schook.

61. Alec Shkoda.

62. Josephus van Seeters.

63. Anton Sofine.

64. Orestes Theocharides.

65. Marc Vayn.

66. Dawn Wilkes.

67. Dustin Wen.

68. Aaron Wong.

69. United Parcel Service, Inc.

70. California Employment Development Department.

Dated: June 4, 2018.              */s/ William Osterhoudt*
                                  WILLIAM L. OSTERHOUDT
                                  Attorney for Defendant
                                  NAUM MORGOVSKY

Dated: June 4, 2018.              */s/ Richard Mazer*
                                  RICHARD B. MAZER
                                  Attorney for Defendant
                                  IRINA MORGOVSKY

Dated: June 4, 2018.              ALEX G. TSE
                                  Acting United States Attorney

                                  */s/ Colin Sampson*
                                  JOHN H. HEMANN
                                  COLIN SAMPSON
                                  Assistant United States Attorneys
                                  JASON B.A. McCULLOUGH
                                  Trial Attorney, National Security Division