1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  COLIN SAMPSON (CABN 249784)
   ERIN CORNELL (CABN 227135)
5  Assistant United States Attorneys
           450 Golden Gate Ave., 11th Floor
6          San Francisco, CA 94102
           Telephone:    (415) 436-7020
7          Facsimile:    (415) 436-7234
           Email:  Colin.Sampson@usdoj.gov
8
9  JASON B.A. McCULLOUGH (NYBN 4544953)
   Trial Attorney, National Security Division
10         950 Pennsylvania Ave, NW, Ste. 7700
           Washington, D.C. 20530
11         Telephone: (202) 233-0986
           Email:  Jason.Mccullough@usdoj.gov
12
13 Attorneys for United States of America

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17
   UNITED STATES OF AMERICA,          )  CR 16-00411 VC
18                                     )
          Plaintiff,                   )  UNITED STATES' SECOND AMENDED
19                                     )  WITNESS LIST
       v.                              )
20                                     )
   NAUM MORGOVSKY and IRINA            )
21 MORGOVSKY,                          )
                                       )
22        Defendants.                  )
                                       )

23

24        The United States of America ("United States") hereby submits its list of prospective witnesses

25 that may be called (other than those called solely for impeachment or rebuttal) to testify at trial of

26 Counts 9 through 11, to commence on June 13, 2018.  The United States reserves its rights, in keeping

27 with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to call

28 additional witnesses as may be necessary during trial:

UNITED STATES' WITNESS LIST (COUNTS 9-11)
CR 16-00411 VC                                    1

1.    Jonathan Abel.

2.    Robert Amenta.

3.    Kobi Bukai.

4.    Todd Carr.

5.    Billy Cox.

6.    Jeffrey Dubsick.

7.    Leila Freeman.

8.    Leonid Gaber.

9.    Yefim Gluzman.

10.   Rocky Green.

11.   William Grube.

12.   Catherine Hamilton.

13.   Scott Henry.

14.   Cynthia Ho.

15.   Joe Hora.

16.   Joseph Jones.

17.   Thomas Kapp.

18.   Mike Kendrick.

19.   Khosrow Khorami.

20.   Timothy Knox.

21.   Georgiy Kulya.

22.   Julie Liang.

23.   Xian Ly.

24.   Dulce Marroquin.

25.   Vsevolod Mazo.

26.   Kili Mesner.

27.   Vladimir Mikhaylov.

28.   Ian Mitchell.

1      29.   Janice Morrison.

2      30.   Mond Mugiya.

3      31.   James Munn.

4      32.   David Newbro.

5      33.   Marlen Neymark.

6      34.   Tim Olsen.

7      35.   Earl Osborn.

8      36.   Bharat Patel.

9      37.   Boris Pozharny.

10     38.   Penni Price.

11     39.   Irene Richardson.

12     40.   Sarah Rodriguez.

13     41.   Alex Roman.

14     42.   Nina Sahakian.

15     43.   Michael Sarasua.

16     44.   Donald Schottland.

17     45.   Andrew Schook.

18     46.   Alec Shkoda.

19     47.   Josephus van Seeters.

20     48.   Orestes Theocharides.

21     49.   Marc Vayn.

22     50.   Dawn Wilkes.

23     51.   Dustin Wen.

24     52.   Aaron Wong.

25     53.   Representative of United Parcel Service, Inc.

26   ///

27   ///

28

UNITED STATES' WITNESS LIST (COUNTS 9-11)
CR 16-00411 VC                                          3

1    Dated: June 11, 2018.                              ALEX G. TSE
                                                        Acting United States Attorney
2

3                                                       */s/ Colin Sampson*
                                                        COLIN SAMPSON
4                                                       ERIN CORNELL
                                                        Assistant United States Attorneys
5                                                       JASON B.A. McCULLOUGH
                                                        Trial Attorney, National Security Division
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' WITNESS LIST (COUNTS 9-11)
CR 16-00411 VC                                 4