FILED

JUN 11 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: IRINA MORGOVSKY. _____ IRINA MORGOVSKY,           Petitioner, v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,           Respondent, UNITED STATES OF AMERICA,           Real Party in Interest. | No. 18-71639 D.C. No. 3:16-cr-00411-VC-3 Northern District of California, San Francisco ORDER |

Before: CANBY, WARDLAW, and RAWLINSON, Circuit Judges.

Petitioner has not demonstrated that effective post-conviction review of the district court's ruling that petitioner challenges is unattainable. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650, 654-55 (9th Cir. 1977). Moreover, there is a compelling interest in the prompt resolution of criminal actions. *See Flanagan v. United States*, 465 U.S. 259, 265 (1984). Accordingly, the petition for a writ of mandamus is denied.

AC/MOATT

The emergency motion for a stay of trial pending resolution of this petition (Docket Entry No. 2) is denied as moot.

**DENIED.**