ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN HEMANN (CABN 165823)
COLIN SAMPSON (CABN 249784)
Assistant United States Attorneys
    450 Golden Gate Ave., 11th Floor
    San Francisco, CA 94102
    Telephone:  (415) 436-7020
    Facsimile:   (415) 436-7234
    Email:       Colin.Sampson@usdoj.gov

JASON B.A. McCULLOUGH (NYBN 4544953)
Trial Attorney, National Security Division
    950 Pennsylvania, NW, Ste. 7700
    Washington, D.C. 20530
    Telephone:  (202) 233-0986
    Email:       Jason.Mccullough@usdoj.gov

Attorneys for United States of America

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 16-00411 VC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER MODIFYING BOND |
| v. | ) | CONDITIONS |
| | ) | |
| NAUM MORGOVSKY and IRINA MORGOVSKY, | ) | |
| | ) | |
| Defendants. | ) | |

      Plaintiff United States of America and defendants Naum Morgovsky and Irina Morgovsky hereby stipulate and agree that the bond securing the release of Naum Morgovsky and Irina Morgovsky should be modified as follows:

---

1

STIPULATION AND [~~PROPOSED~~] ORDER,
CR 16-00411 VC

1. Marc Vayn, surety for Naum Morgovsky and Irina Morgovsky, shall deposit $1,000,000 with the Clerk of the Court and execute the Affidavit of Owner of Cash Security and Receipt of Cash Bail of More than $10,000 in a Specified Criminal Case, per General Order 55;

2. Marc Vayn further pledges an additional $1,000,000 in cash equivalents, including but not limited to stock held in E-Trade account(s) or other brokerages in his name;

3. Upon receipt of the $1,000,000 cash and proper paperwork, the Clerk of the Court should provide a Full Reconveyance related to the property owned by Lana Vayn and Marc Vayn at 2885 Churchill Drive, Hillsborough, California 94010; and

4. Lana Vayn is released from the prior bond secured by her real property.

SO STIPULATED:

Dated: June 20, 2018.
/s/ William Osterhoudt
WILLIAM L. OSTERHOUDT
Attorney for Defendant
NAUM MORGOVSKY

Dated: June 20, 2018.
/s/ Richard Mazer
RICHARD B. MAZER
Attorney for Defendant
IRINA MORGOVSKY

Dated: June 20, 2018.
ALEX G. TSE
Acting United States Attorney

/s/ Colin Sampson
COLIN SAMPSON
ERIN CORNELL
Assistant United States Attorneys
JASON BRADLEY McCULLOUGH
Trial Attorney, National Security Division

Dated: June 20, 2018.
_____
MARC VAYN
Surety

2

STIPULATION AND [PROPOSED] ORDER,
CR 16-00411 VC

1. Marc Vayn, surety for Naum Morgovsky and Irina Morgovsky, shall deposit $1,000,000 with the Clerk of the Court and execute the Affidavit of Owner of Cash Security and Receipt of Cash Bail of More than $10,000 in a Specified Criminal Case, per General Order 55;

2. Marc Vayn further pledges an additional $1,000,000 in cash equivalents, including but not limited to stock held in E-Trade account(s) or other brokerages in his name;

3. Upon receipt of the $1,000,000 cash and proper paperwork, the Clerk of the Court should provide a Full Reconveyance related to the property owned by Lana Vayn and Marc Vayn at 2885 Churchill Drive, Hillsborough, California 94010; and

4. Lana Vayn is released from the prior bond secured by her real property.

SO STIPULATED:

Dated: June 20, 2018.

WILLIAM L. OSTERHOUDT
Attorney for Defendant
NAUM MORGOVSKY

Dated: June 20, 2018.

RICHARD B. MAZER
Attorney for Defendant
IRINA MORGOVSKY

Dated: June 20, 2018.

ALEX G. TSE
Acting United States Attorney

/s/ Colin Sampson
COLIN SAMPSON
ERIN CORNELL
Assistant United States Attorneys
JASON BRADLEY McCULLOUGH
Trial Attorney, National Security Division

Dated: June 20, 2018.

MARC VAYN
Surety

2

STIPULATION AND [PROPOSED] ORDER,
CR 16-00411 VC

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court hereby ORDERS:

1. Marc Vayn, surety for Naum Morgovsky and Irina Morgovsky, shall deposit $1,000,000 with the Clerk of the Court and execute the Affidavit of Owner of Cash Security and Receipt of Cash Bail of More than $10,000 in a Specified Criminal Case, per General Order 55;

2. Marc Vayn further is further obligated in the amount of $1,000,000 in cash equivalents, including but not limited to stock held in E-Trade account(s) or other brokerages in his name;

3. Upon receipt of the $1,000,000 cash and proper paperwork, the Clerk of the Court should provide a Full Reconveyance related to the property owned by Lana Vayn and Marc Vayn at 2885 Churchill Drive, Hillsborough, California 94010; and

4. Lana Vayn should be released from the bond.

**IT IS SO ORDERED.**

Dated: June 20, 2018

HON. SALLIE KIM
United States Magistrate Judge

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| NAUM MORGOVSKY, | ) Case No. 14 CR 411-VC-1 |
| Defendant | ) |

## APPEARANCE BOND

### Defendant's Agreement

I,      Naum Morgovsky and Irina Morgovsky     *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $  2,000,000.00  , secured by:

    ( X ) (a) $ 1,000,000.00 , in cash deposited with the court.

    ( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
*(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*
Stock and other holdings in E-trade accounts held in the name of Marc Vayn.

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 06/20/2018

_____     _____
                                                                              *Defendant's signature*
                                                                              [signed] 6/20/2018

Marc Vayn
*Surety/property owner – printed name*            *Surety/property owner – signature and date*


_____     _____
*Surety/property owner – printed name*            *Surety/property owner – signature and date*


_____     _____
*Surety/property owner – printed name*            *Surety/property owner – signature and date*


CLERK OF COURT

Date: _____                   _____
                                                                              *Signature of Clerk or Deputy Clerk*

Approved.

Date: _____                   _____
                                                                              *Judge's signature*

WHEN RECORDED MAIL TO:

William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
(415) 664-4600

THIS SPACE FOR RECORDER'S USE

## FULL RECONVEYANCE

Susan Y. Soong, Clerk, United States District Court for the Northern District of California as Trustee and Beneficiary under that certain Deed of Trust dated the  20   day of  August        ,  20 16 , executed by  2885 Churchill Drive, Hillsborough CA 94010                                     as Trustor(s) and recorded on the ____ day of  August  , 20 18  as instrument number  2016-088955       in Book _____ at Page _____ of Official Records, in the Office of the Recorder of  San Mateo County         County, California, having been requested in writing by the holder of the obligations secured by said Deed of Trust to reconvey the estate granted to Trustee under said Deed of Trust, DOES HEREBY RECONVEY to the person or persons legally entitled thereto, without warranty, all the estate, title & interest acquired by Trustee under said Deed of Trust.

Dated:     June 20, 2018

Susan Y. Soong,
Clerk of Court, United States District Court

---

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT.

STATE OF CALIFORNIA      } ss
COUNTY OF SAN FRANCISCO  }

On _____, before me, _____, Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SIGNATURE OF NOTARY PUBLIC                    [SEAL]

*Form CAND GO-55-C (rev. 10/2015)*

# PROPERTY DESCRIPTION

The Land referred to herein is situated in the City of Hillsborough, County of San Mateo, State of California, and is described as follows:

LOT 21, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "MAP OF SKYFARM UNIT NO. SIX HILLSBOROUGH, CALIFORNIA", FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON APRIL 7, 1977 IN BOOK 94 OF MAPS AT PAGES 41, 42, 43 AND 44.

JPN: 094-041-000-0021T

APN: 028-484-040-2