ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN HEMANN (CABN 165823)
COLIN SAMPSON (CABN 249784)
Assistant United States Attorneys
    450 Golden Gate Ave., 11th Floor
    San Francisco, CA 94102
    Telephone:  (415) 436-7020
    Facsimile:   (415) 436-7234
    Email:       Colin.Sampson@usdoj.gov

JASON B.A. McCULLOUGH (NYBN 4544953)
Trial Attorney, National Security Division
    950 Pennsylvania, NW, Ste. 7700
    Washington, D.C. 20530
    Telephone:  (202) 233-0986
    Email:       Jason.Mccullough@usdoj.gov

Attorneys for United States of America

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 16-00411 VC |
| | ) |
| Plaintiff, | ) STIPULATION AND AMENDED |
| | ) ORDER MODIFYING BOND |
| v. | ) CONDITIONS |
| | ) |
| NAUM MORGOVSKY and IRINA MORGOVSKY, | ) |
| | ) |
| Defendants. | ) |

Plaintiff United States of America and defendants Naum Morgovsky and Irina Morgovsky hereby stipulate and agree that the bond securing the release of Naum Morgovsky and Irina Morgovsky should be modified as follows:

---

1. Marc Vayn, surety for Naum Morgovsky and Irina Morgovsky, shall deposit $1,000,000 with the Clerk of the Court and execute the Affidavit of Owner of Cash Security and Receipt of Cash Bail of More than $10,000 in a Specified Criminal Case, per General Order 55;

2. Marc Vayn further pledges an additional $1,000,000 in cash equivalents, including but not limited to stock held in E-Trade account(s) or other brokerages in his name;

3. Upon receipt of the $1,000,000 cash and proper paperwork, the Clerk of the Court should provide a Full Reconveyance related to the property owned by Lana Vayn and Marc Vayn at 2885 Churchill Drive, Hillsborough, California 94010; and

4. Lana Vayn is released from the prior bond secured by her real property.

SO STIPULATED:

Dated: June 20, 2018.         */s/ William Osterhoudt*
                              WILLIAM L. OSTERHOUDT
                              Attorney for Defendant
                              NAUM MORGOVSKY


Dated: June 20, 2018.         */s/ Richard Mazer*
                              RICHARD B. MAZER
                              Attorney for Defendant
                              IRINA MORGOVSKY

Dated: June 20, 2018.         ALEX G. TSE
                              Acting United States Attorney

                              */s/ Colin Sampson*
                              COLIN SAMPSON
                              ERIN CORNELL
                              Assistant United States Attorneys
                              JASON BRADLEY McCULLOUGH
                              Trial Attorney, National Security Division

Dated: June 20, 2018.         _____
                              MARC VAYN
                              Surety

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court hereby ORDERS:

1. Marc Vayn, surety for Naum Morgovsky and Irina Morgovsky, shall deposit $1,000,000 with the Clerk of the Court and execute the Affidavit of Owner of Cash Security, per General Order 55. The amount of $500,000 shall be used to secure the bond for Naum Morgovsky with the other $500,000 being used to secure the bond for Irina Morgovsky;

2. Marc Vayn further is further obligated in the amount of $1,000,000 in cash equivalents, including but not limited to stock held in E-Trade account(s) or other brokerages in his name;

3. Upon receipt of the $1,000,000 cash and proper paperwork, the Clerk of the Court should provide a Full Reconveyance related to the property owned by Lana Vayn and Marc Vayn at 2885 Churchill Drive, Hillsborough, California 94010; and

4. Lana Vayn should be released from the bond.

**IT IS SO ORDERED.**

Dated:  July 5, 2018

HON. SALLIE KIM
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER,
CR 16-00411 VC

STIPULATION AND [PROPOSED] ORDER,
CR 16-00411 VC