1  SHAFFY MOEEL, ESQ.
   Cal State SBN 238782
2  MOEEL LAW OFFICE
   1611 Telegraph Ave, Suite 806
3  Oakland, CA 94612
   Telephone: (415) 735-5021
4  Email:    shaffymoeel@gmail.com

5

6              IN THE UNITED STATES DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                   SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA,              CR 16CR00411-VC
10
                   PLAINTIFF,
11
                                          SUBSTITUTION OF COUNSEL AND
12          v.                            [PROPOSED] ORDER

13

14  IRINA MORGOVSKY,

15

16                 DEFENDANT.

17      Irina Morgovsky hereby substitutes:

18  SHAFFY MOEEL, ESQ.
   Cal State SBN 238732
19  MOEEL LAW OFFICE
   1611 Telegraph Ave, Suite 806
20  Oakland, CA 94612
   Telephone: (415) 735-5021
21  Email:    shaffymoeel@gmail.com

22

23      as her attorney of record in this action instead of:

24  RICHARD MAZER
   Cal State SBN 49632
25  99 Divisadero
   San Francisco, CA 94117
26  Phone Number: (415) 621-4100
   Fax Number: (415) 621-4111
27  Email: richardbmazer@gmail.com

28

                          1

I consent to the above substitution:

Dated: _____

Irina Morgovsky

I consent to the above substitution:

Dated: 8|2|18

Richard Mazer

Shaffy Moeel hereby accepts the above substitution.

Dated: 8/3/18

Shaffy Moeel

2

1  IT IS SO ORDERED.

2

3  Date:

4                                    _____
                                     Honorable Judge Vince Chhabria
5                                    United States district Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28