1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH FALK
3  Assistant Federal Public Defender
   450 Golden Gate Avenue
4  San Francisco, CA 94102
5  Telephone:    (415) 436-7700
   Facsimile:    (415) 436-7706
6  Elizabeth_falk@fd.org
7
   Counsel for Defendant MORGOVSKY
8

9
                 IN THE UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA, | No. 16-411 VC |
|---|---|
14 | Plaintiff, | MOTION AND [PROPOSED] ORDER TO SEAL AND FILE EX PARTE UNREDACTED VERSION OF AMENDED MOTION FOR SELF-SURRENDER TO BOP AND EXHIBIT A TO MOTION. |
15 | v. | |
16 | NAUM MORGOVSKY, | |
17 | Defendant. | |

18

19
        Defendant Naum Morgovsky has filed a redacted version of his Amended Motion for
20
   Self-Surrender to the BOP on the public docket (Docket 433).  He now moves the Court to file
21
   the unredacted version under seal and to maintain that filing on an *ex parte* basis, without
22
   allowing access to the government.  The reason for this request is that the redacted portion of the
23
   amended motion references a 10/31/2018 hearing transcript of the attempted withdrawal of prior
24
   counsel William Osterhaudt, a proceeding that government counsel was excluded from.  The
25
   10/31/2018 transcript that is quoted in the redacted portion of the motion is currently maintained
26
   by the Clerk of Court under seal.  As such, these references should not be included in the public
27
   record at this time.
28
   *UNITED STATES V. MORGOVSKY, CR 16-411 VC*
    [PROPOSED] SEALING ORDER                    1

Mr. Morgovsky also moves to file under seal Exhibit A to the aforementioned motion, which is the sealed portion of the transcript of the 10/31/2018 hearing that involves the motion to withdraw/motion to discharge counsel.  Again, government counsel was excluded from this portion of the proceeding.  This is the exhibit that the redacted quotes derive from in the publically filed version of the motion.  Mr. Morgovsky so moves to seal Exhibit A to his motion for the reasons previously stated.

Dated:       January 11, 2019                                    Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender
Northern District of California

                          /S
ELIZABETH FALK
Assistant Federal Public Defender

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Clerk of Court is directed to file the unredacted version of Defendant's Amended Motion for Stay of Surrender to the BOP under seal.  The Clerk of Court is further directed to file Exhibit A to the same motion under seal.  These filings shall not be made accessible to the United States until further order of the Court.

IT IS SO ORDERED.

Dated_____         _____
                                          HON. VINCE CHHABRIA
                                          UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28